UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HYLANT GROUP, INC., ) | |
| HYLANT OF INDIANAPOLIS, LLC, ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:14-cv-00516-SEB-DML |
| NICHOLAS IAONNACCI, ) | |
| HUNTINGTON INSURANCE, INC. ) | |
| Defendants. ) | |

**ORDER**

This cause is before the Court on Plaintiffs' Motion to Dismiss Count III of the Complaint (Dkt. 15). The Court GRANTS the request. It is hereby ORDERED Count III of the Complaint is DISMISSED and this action is remanded to the Hamilton County Superior Court for adjudication of Hylant's state-law claims. It is further ORDERED, Plaintiffs' Motion for Preliminary Injunction (Dkt. 9) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Date: 5/1/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven M. Badger
sbadger@badgercounsel.com

Derek R. Molter
derek.molter@icemiller.com

George A. Gasper
george.gasper@icemiller.com